**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

v.

JUAN C. VELDERRAIN PEREZ,

Defendant.

Case No.: 26-cr-03771-LL

**JUDGMENT AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon the unopposed motion of the United States, pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that the information in the above-captioned case is hereby dismissed without prejudice. The bond is hereby exonerated.

IT IS SO ORDERED AND ADJUDGED.

Dated: 10/7/2026

HON. LINDA LOPEZ
United States District Judge